# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 13-3080 | September Term, 2014

1:12-cr-00075-RJL-1

**Filed On:** June 12, 2015

United States of America,

        Appellee

        v.

Arsalan Shemirani,

        Appellant

**BEFORE:** Garland, Chief Judge; Pillard, Circuit Judge; Edwards, Senior Circuit Judge

# UNDER SEAL OPINION
# NOT AVAILABLE TO PUBLIC